**Fred MITCHELL, Appellant, v. STATE, Appellee.**

No. 19776.

Court of Criminal Appeals of Texas.

May 4, 1938.

Thomas Bartlett and Robt. G. Carter, both of Marlin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for ten years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

**PIOWATY, BROS., Inc., Appellant, v. H. A. DARLING, Appellee.**

No. 10274.

Court of Civil Appeals of Texas. San Antonio.

March 30, 1938.

S. L. Gill, of Raymondville, for appellant.

Crane & Glarner, of Raymondville, for appellee.

MURRAY, Justice.

Affirmed without written opinion; see Associated Indemnity Corporation v. Gatling, Tex.Civ.App., 75 S.W.2d 294.

**WASHINGTON NATIONAL INSURANCE COMPANY, Plaintiff in Error, v. Feliciano FACUNDO, Defendant in Error.**

No. 10283.

Court of Civil Appeals of Texas. San Antonio.

April 6, 1938.

Rehearing Denied May 4, 1938.

G. Woodson Morris, of San Antonio, for plaintiff in error.

J. R. Cade, of San Antonio, for defendant in error.

MURRAY, Justice.

Affirmed without written opinion. See Associated Indemnity Corporation v. Gatling, Tex.Civ.App., 75 S.W.2d 294.